UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEANN R. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:11-CV-714 NAB |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time is **GRANTED**. [Doc. 18].

**IT IS FURTHER ORDERED** that Plaintiff shall file her Brief in Support of Complaint pursuant to United States District Court Eastern District of Missouri Local Rule 9.02 no later than February 24, 2012.

Dated this 10th day of February, 2012.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE